UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SAPPINGTON,

    Plaintiff,

    v.

HENKEL CORPORATION,

    Defendant.

_____/

No. C 09-5274 PJH

**ORDER GRANTING REMAND AND VACATING HEARING DATE**

    The court is in receipt of defendant's non-opposition to plaintiff's pending motion to remand, in which defendant expressly consents to remand. In view of defendant's non-opposition and consent, and for good cause shown, the court hereby GRANTS plaintiff's motion to remand the action and remands the matter to state court. The January 20, 2010 hearing date currently set for hearing on plaintiff's motion is accordingly VACATED.

**IT IS SO ORDERED.**

Dated: January 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge